DAVID A. HUBBERT
Deputy Assistant Attorney General

ROBERT BOMBARD (COBN 45388)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
*Tel*. (202) 514-6073
*Fax*. (202) 307-0054
Robert.Bombard@usdoj.gov

*Counsel for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THUY TIEN T. DINH, et al., <br><br> Defendants. | Case No. 4:23-CV-365-HSG <br><br> **STIPULATED REQUEST FOR AN ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE DATES; ORDER (as modified)** |

Pursuant to Local Civil Rules 6-2 and 7-12, the parties in the above-captioned case hereby stipulate and request that:

1. The case management conference scheduled for April 25, 2023, and associated dates preceding it, be continued to not sooner than the week of May 22, 2023, or any later date that is convenient for the Court.

//

//

Respectfully submitted March 20, 2023.

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Robert Bombard
ROBERT BOMBARD (COBN 45388)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
*Tel*. (202) 514-6073
*Fax*. (202) 307-0054
Robert.Bombard@usdoj.gov

*Counsel for Plaintiff, United States*

/s/ Cindy L. Ho
CINDY L. HO (SBN 227226)
Cindy Ho Law, APC
333 W. Santa Clara Street, Suite 805
San Jose, CA 95113
*Tel*. (408) 288-5025
*Fax*. (408) 296-5334
cindy@cindyholaw.com

*Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED. The April 25, 2023 telephonic case management conference is continued to May 23, 2023 at 2:00 p.m.
NOTE REGARDING TELEPHONIC CASE MANAGEMENT CONFERENCES: All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

Date: 3/20/2023

Honorable Haywood S. Gilliam, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THUY TIEN T. DINH, et al.,<br><br>Defendants. | Case No. 4:23-CV-365-HSG<br><br>**DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

I, Robert Bombard, declare as follows:

1. I am counsel for plaintiff, the United States of America.

2. Plaintiff's complaint was filed on January 25, 2023. (Doc. No. 1).

3. On January 26, 2023, the Court issued an order setting the initial case management conference and ADR deadlines (Doc. No. 4).

4. Later that same day, on January 26, 2023, summonses were issued to defendants. (Doc. No. 5).

5. On February 10, 2023, plaintiff filed waivers of service returned executed for both defendants, noting the waivers were served on February 6, 2023 and providing that the defendants' answer deadline was set for 60 days later on April 7, 2023. (Doc. No. 8 and 9).

6. Counsel for defendants filed a notice of appearance on March 13, 2023. (Doc. No. 10).

7. The initial case management scheduling order has a deadline, April 4, 2023, that precedes the defendant's answer deadline of April 7, 2023.

8. In light of this conflict, the parties agree and respectfully request that the Court's initial case management conference date, and all related dates preceding it, be continued from the

current date of April 25, 2023, to not sooner than the week of May 22, 2023, or any later date that is convenient for the Court.

9. The parties agree that the last day to complete initial disclosures or state objections in Rule 26(f) report, file/serve case management statement, and file/serve Rule 26(f) report, which is currently set for April 18, 2023, should be extended to no earlier than May 8, 2023, or any later date that is convenient for the Court.

10. The parties agree that the last day to meet and confer regarding initial disclosures, early settlement, and discovery plan, which is currently set for April 4, 2023, should be extended to no earlier than April 24, 2023, or any later date that is convenient for the Court.

11. The parties believe this request is necessary because the defendants have until April 7, 2023 to answer the complaint, and case management discussions will be more efficient once the pleadings are closed and the scope of the parties' dispute is better defined. Both parties agree that extending the case management order deadlines is necessary to allow the parties the time to consider the arguments, defenses, and issues presented and provide the necessary time to prepare for and plan initial discovery.

12. No prior extension of time has been sought or granted in this case.

13. The continuance described herein would not impact any other deadlines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2023.

/s/ Robert Bombard
ROBERT BOMBARD (COBN 45388)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
*Tel.* (202) 514-6073
*Fax.* (202) 307-0054
Robert.Bombard@usdoj.gov

Declaration in Support of Stipulated Request
for an Order Continuing Initial CMC                                      2