UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

THUY TIEN T. DINH, et al.,

          Defendants.

Case No.  23-cv-00365-HSG

**SCHEDULING ORDER**

A case management conference was held on May 23, 2023.  Having considered the parties' revised proposal, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 28, 2023 |
| Exchange of Opening Expert Reports | September 1, 2023 |
| Exchange of Rebuttal Expert Reports | November 13, 2023 |
| Close of Fact Discovery | December 22, 2023 |
| Close of Expert Discovery | January 19, 2024 |
| Dispositive Motion Hearing Deadline | April 4, 2024, at 2:00 p.m. |
| Pretrial Conference | July 9, 2024, at 3:00 p.m. |
| Jury Trial (3 days) | July 22, 2024, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated:    5/30/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California