DAVID A. HUBBERT
Deputy Assistant Attorney General

ROBERT C. BOMBARD (COBN 45388)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 514-6073
(202) 307-0054 (f)
Robert.Bombard@usdoj.gov
Western.Taxcivil@usdoj.gov
*Attorney for United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 4:23-cv-00365-HSG |
|---|---|
| Plaintiff, | |
| v. | |
| THUY TIEN T. DINH, an individual, and AESTHETIC DINH DENTAL, INC. | **ORDER GRANTING JOINT STIPULATION AND MOTION TO EXTEND STAY** |
| Defendants. | |

Upon joint stipulation and motion of the parties, and for good cause shown, the Court hereby GRANTS the joint motion to extend the stay in this case and ORDERS as follows:

1. The case is hereby STAYED an additional four (4) months from May 21, 2024 to September 20, 2024.

2. While the stay is in place, the United States, Thuy Tien T. Dinh, and Aesthetic Dinh Dental, Inc., shall file status reports once every 30 days to inform the Court of their progress in resolving this litigation.

3. To the extent that this case is resolved during the time this case is stayed, the parties shall promptly file a motion to lift the stay and file whatever remaining stipulations are necessary as being currently negotiated by the parties.

4. If this case is not resolved by September 20, 2024, the parties may file a motion to extend the stay setting forth in detail why an additional period of time is merited.

5. If at any point any party wishes to litigate this case rather than pursue a negotiated resolution, that party may file a motion to life the stay and reset the remaining scheduling order dates, and this case shall proceed.

6. The deadline to file dispositive motions is 60 days after the expiration of the stay.

Dated: 5/10/2024

IT IS SO ORDERED.

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge