DAVID A. HUBBERT
Deputy Assistant Attorney General

ROBERT C. BOMBARD (COBN 45388)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 514-6073
(202) 307-0054 (f)
Robert.Bombard@usdoj.gov
Western.Taxcivil@usdoj.gov
*Attorney for United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THUY TIEN T. DINH, an individual, and AESTHETIC DINH DENTAL, INC.<br><br>    Defendants. | Case No.: 4:23-cv-00365-HSG<br><br>**FINAL JUDGMENT AND ENTRY OF INJUNCTION** |

Pursuant to the Federal Rule of Civil Procedure 58(a) and the parties' stipulation, the Court hereby enters judgment and an injunction against Defendants as follows:

1. Judgment is entered in favor of the United States and against Defendants, Thuy Tien T. Dinh, and Aesthetic Dinh Dental, Inc., in the amount of $2,275,690.15, plus interest and other statutory additions, as provided by law, that have accrued since July 1, 2024, for (1) the unpaid federal employment taxes for the following periods: June 30, 2009, to December 31, 2009 (three consecutive quarters); June 30, 2011, to March 31, 2012 (four consecutive quarters); September 30, 2012, to March 31, 2020 (31 consecutive quarters); (2) the unpaid federal unemployment taxes for the following tax years: 2011, 2012, 2014, 2015, 2016, 2018, and 2019; and (3) the unpaid assessed penalties under 26 U.S.C. § 6721 for tax years 2015 and 2016.

2. Judgment is entered in favor of the United States and against Defendant, Thuy Tien T. Dinh, in the amount of $796,605.31, plus interest and other statutory additions, as provided by law, that

have accrued since July 1, 2024, for the unpaid trust fund recovery penalties (TFRPs) pursuant to 26 U.S.C. § 6672 for the following periods: quarters 1 and 4 of 2010; all quarters of 2011; quarters 1, 3, and 4 of 2012; all quarters of 2013, 2014, 2015, 2016, 2017, 2018, 2019; and quarter 1 of 2020.

3.  Defendants shall repay this debt to the United States in accordance with the terms of the signed settlement offer acknowledgment letter dated July 9, 2024.

4.  The Court enters an injunction against Defendants, pursuant to 26 U.S.C. § 7402(a), Rule 65, and the Court's inherent equity powers, ordering the following:

(1) Aesthetic Dinh Dental, Inc., and its officers, employees, representatives, agents, and any other person in active concert or participation with it, including but not limited to Thuy Tien T. Dinh, are enjoined from doing any of the following for a period of 97 months after entry of the injunction:

(i) Failing to pay the IRS all future employment taxes, including Medicare, FICA, and FUTA taxes required by law;

(ii) Transferring any money or property to any other entity in order to have salaries or wages of Aesthetic Dinh Dental, Inc., paid by the transferee;

(iii) Having employee wages or contract labor payments paid by any other entity; and

(iv) Assigning or transferring any property or rights to property, or making any disbursements for any purpose, from the date that this injunction is issued until all federal employment tax liabilities that accrue after the injunction date have been paid to the IRS.

(2) Aesthetic Dinh Dental, Inc., and its officers, employees, representatives, agents, and any other person in active concert or participation with it, including but not limited to Thuy Tien T. Dinh, are required to do the following for a period of 97 months after entry of the injunction:

(i) For every tax period ending after entry of this injunction, file accurate and timely Form 941 and Form 940 tax returns and pay any balance due on those returns upon filing;

(ii) Deposit all future withheld Medicare taxes, as well as all future Aesthetic Dinh Dental, Inc.'s share of Medicare taxes, in an appropriate federal depository bank in accordance with federal deposit regulations; and

(iii) Deposit all future withheld FICA taxes, as well as all future Aesthetic Dinh Dental, Inc.'s share of FICA taxes, in an appropriate federal depository bank in accordance with federal deposit regulations; and

(iv) Deposit all future FUTA taxes in an appropriate federal depository bank each quarter in accordance with federal regulations.

(3) Aesthetic Dinh Dental, Inc., and its officers, employees, representatives, agents, and any other person in active concert or participation with it, including but not limited to Thuy Tien T. Dinh, are required to do the following for a period of 97 months after entry of the injunction:

(i) Send facsimile copies of the Form 941 and Form 940 tax returns to the IRS Revenue Officer assigned to the case, or to such other person as directed by the IRS, on the same day the returns are filed;

(ii) Sign and deliver affidavits to the IRS Revenue Officer assigned to the case, or to such other person as directed by the IRS, on the first day of each month, stating that the requisite withheld Medicare, FICA tax, and FUTA tax deposits were timely made;

(iii) Provide a quarterly statement of income to the IRS Revenue Officer assigned to the case, or to such other person as directed by the IRS;

(iv) Notify in writing within thirty (30) days the IRS Revenue Officer assigned to the case, or such other person as directed by the IRS, if Thuy Tien T. Dinh, or any other individual involved in the business operations of Aesthetic Dinh Dental, Inc., begins to own, manage, control, or operate any other business;

(v) Notify in writing within thirty (30) days the IRS Revenue Officer assigned to the case, or such other person as directed by the IRS, if Thuy Tien T. Dinh, or any

3

other individual involved in the business operations of Aesthetic Dinh Dental, Inc., changes bank accounts or merchant accounts or changes persons with signature authority over such accounts;

    (vi)    Notify in writing within 30 days the IRS Revenue Officer assigned to the case, or such other person as directed by the IRS, if there is any change in the corporate or operational structure of Aesthetic Dinh Dental, Inc., including but not limited to the addition or removal of a corporate officer, manager, or agent;

    (vii)    Permit a representative from the Internal Revenue Service to inspect Aesthetics Dinh Dental's books and records periodically, with two business days' notice of each inspection;

4. The Court's injunction and related terms shall apply to any other business enterprise owned, operated, controlled, or managed by Thuy Tien T. Dinh, or any other individual related to the operation of Aesthetic Dinh Dental, Inc., whether now existing or later begun, as if that entity's name were substituted in the Court's injunction order.

5. The United States shall mark as satisfied the judgments against Ms. Dinh and Aesthetic Dinh Dental Inc. upon Ms. Dinh and Aesthetic Dinh Dental Inc. successfully meeting all of the obligations outlined in Section I of the July 9, 2024 Settlement Acknowledgment letter.

6. The United States and Defendants shall bear their own respective costs and attorney's fees incurred with respect to this litigation.

7. The Court shall retain jurisdiction over this matter to ensure compliance with this injunction.

IT IS SO ORDERED, this 9th day of September, 2024.

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

*Order for Entry of Judgment and Injunction*
*Case No.*4:23-cv-00365-HSG